J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

JS-6

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Wilma Figueroa Morell, an individual
and d/b/a as Amazon.com Seller gypsy25
*wilmafigueroa25@yahoo.com*
HC-07, Box 32732
Caguas, Puerto Rico 00727
Telephone:  (787) 246-5604

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Warner Bros. Home Entertainment Inc., | ) ) | Case No. CV12-6533 ODW (SHx) |
| Plaintiff, | ) ) | CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | ) ) | |
| Wilma Figueroa Morell, an individual and d/b/a as Amazon.com Seller gypsy25 and Does 1-10, inclusive, | ) ) ) | |
| Defendants. | ) ) ) | |

The Court, having read and considered the Joint Stipulation for Entry of
Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner
Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Wilma Figueroa Morell,
an individual and d/b/a as Amazon.com Seller gypsy25 ("Defendant"), in this action,
and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

  a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

1  decree and judgment; the enforcement hereof; the punishment of any violations

2  hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this

3  action.

4  DATED:  February 28, 2013

5

6  _____
   Hon. Otis D. Wright II
   United States District Judge

7  PRESENTED BY:

8  J. Andrew Coombs, A Prof. Corp.

9

10

11 By: _____
        J. Andrew Coombs
        Annie S. Wang
12 Attorneys for Plaintiff Warner Bros. Home
   Entertainment Inc.

13
   Defendant Wilma Figueroa Morell,
14 an individual and d/b/a as Amazon.com Seller gypsy25

15

16 By: _____
        Wilma Figueroa Morell
17 Defendant, *in pro se*

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

## COPYRIGHT REGISTRATIONS

| Reg. No. | Title | Copyright Claimaint |
|---|---|---|
| PA 1-676-099 | BIG LOVE: Free At Last | Home Box Office, Inc. ("HBO") |
| PA 1-676-086 | BIG LOVE: The Greater Good | HBO |
| PA 1-676-097 | BIG LOVE: Strange Bedfellows | HBO |
| PA 1-676-087 | BIG LOVE: The Mighty And Strong | HBO |
| PA 1-680-449 | BIG LOVE: Sins Of The Father | HBO |
| PA 1-680-393 | BIG LOVE: Under One Roof | HBO |
| PA 1-680-392 | BIG LOVE: Blood Atonement | HBO |
| PA 1-680-394 | BIG LOVE: Next Ticket Out | HBO |
| PA 1-679-719 | BIG LOVE: End Of Days | HBO |
| PA 1-733-273 | BIG LOVE: Winter | HBO |
| PA 1-729-909 | BIG LOVE: A Seat At The Table | HBO |
| PA 1-729-896 | BIG LOVE: Certain Poor Shepherds | HBO |
| PA 1-732-179 | BIG LOVE: The Oath | HBO |
| PA 1-741-708 | BIG LOVE: The Special Relationship | HBO |
| PA 1-736-212 | BIG LOVE: D.I.V.O.R.C.E | HBO |
| PA 1-741-709 | BIG LOVE: Til Death Do Us Part | HBO |
| PA 1-743-659 | BIG LOVE: The Noose Tightens | HBO |
| PA 1-737-340 | BIG LOVE: Exorcism | HBO |
| PA 1-653-786 | CHUCK: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-653-784 | CHUCK: Chuck Versus The Helicopter | WBEI |
| PA 1-653-794 | CHUCK: Chuck Versus The Tango | WBEI |
| PA 1-653-792 | CHUCK: Chuck Versus The Sizzling Shrimp | WBEI |
| PA 1-653-782 | CHUCK: Chuck Versus The Wookiee | WBEI |
| PA 1-653-790 | CHUCK: Chuck Versus The Sandworm | WBEI |
| PA 1-653-801 | CHUCK: Chuck Versus The Alma Mater | WBEI |
| PA 1-653-798 | CHUCK: Chuck Versus The Truth | WBEI |

| PA 1-653-789 | CHUCK: Chuck Versus The Imported Hard Salami | WBEI |
|---|---|---|
| PA 1-653-797 | CHUCK: Chuck Versus The Nemesis | WBEI |
| PA 1-653-788 | CHUCK: Chuck Versus The Crown Vic | WBEI |
| PA 1-653-795 | CHUCK: Chuck Versus The Undercover Lover | WBEI |
| PA 1-653-787 | CHUCK: Chuck Versus The Marlin | WBEI |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | WBEI |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-667-813 | CURB YOUR ENTHUSIASM: Funkhouser's Crazy Sister | HBO |
| PA 1-666-647 | CURB YOUR ENTHUSIASM: Vehicular Fellatio | HBO |
| PA 1-666-643 | CURB YOUR ENTHUSIASM: The Reunion | HBO |
| PA 1-666-644 | CURB YOUR ENTHUSIASM: The Hot Towel | HBO |
| PA 1-666-645 | CURB YOUR ENTHUSIASM: Denise Handicap | HBO |
| PA 1-666-646 | CURB YOUR ENTHUSIASM: The Bare Midriff | HBO |
| PA 1-666-648 | CURB YOUR ENTHUSIASM: The Black Swan | HBO |
| PA 1-666-649 | CURB YOUR ENTHUSIASM: Officer Krupke | HBO |
| PA 1-675-546 | CURB YOUR ENTHUSIASM: The Table Read | HBO |
| PA 1-744-136 | CURB YOUR ENTHUSIASM: The Divorce | HBO |
| PA 1-746-580 | CURB YOUR ENTHUSIASM: The Safe House | HBO |
| PA 1-739-186 | CURB YOUR ENTHUSIASM: Palestinian Chicken | HBO |

| PA 1-740-510 | CURB YOUR ENTHUSIASM: The Smiley Face | HBO |
|---|---|---|
| PA 1-740-509 | CURB YOUR ENTHUSIASM: Vow of Silence | HBO |
| PA 1-740-508 | CURB YOUR ENTHUSIASM: The Hero | HBO |
| PA 1-746-589 | CURB YOUR ENTHUSIASM: The Bi-Sexual | HBO |
| PA 1-744-140 | CURB YOUR ENTHUSIASM: Car Periscope | HBO |
| PA 1-748-790 | CURB YOUR ENTHUSIASM: Mister Softee | HBO |
| PA 1-675-545 | CURB YOUR ENTHUSIASM: Seinfeld | HBO |
| PA 1-747-827 | CURB YOUR ENTHUSIASM: Larry vs. Michael J. Fox | HBO |
| RE 917-997 | EIGHT IS ENOUGH: Schussboomer | WBEI |
| RE 917-998 | EIGHT IS ENOUGH: Pieces of Eight | WBEI |
| RE 917-988 | EIGHT IS ENOUGH: Women, Ducks and the Domino Theory | WBEI |
| RE 917-999 | EIGHT IS ENOUGH: Turnabout | WBEI |
| RE 917-995 | EIGHT IS ENOUGH: Eight Is Enough: Quarantine | WBEI |
| RE 917-990 | EIGHT IS ENOUGH: V is for Vivian | WBEI |
| RE 917-989 | EIGHT IS ENOUGH: Hit and Run | WBEI |
| RE 917-991 | EIGHT IS ENOUGH: The Gipper Caper | WBEI |
| PA 1-697-280 | ENTOURAGE: Stunted | HBO |
| PA 1-697-285 | ENTOURAGE: Buzzed | HBO |
| PA 1-704-328 | ENTOURAGE: Dramedy | HBO |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | HBO |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | HBO |
| PA 1-706-302 | ENTOURAGE: Hair | HBO |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | HBO |
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | HBO |
| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | HBO |
| PA 1-706-307 | ENTOURAGE: Lose Yourself | HBO |
| PA 1-694-411 | ER: Life After Death | WBEI |
| PA 1-688-857 | ER: Another Thursday At County | WBEI |

| PA 1-688-863 | ER: The Book Of Abby | WBEI |
|---|---|---|
| PA 1-688-852 | ER: Parental Guidance | WBEI |
| PA 1-688-810 | ER: Haunted | WBEI |
| PA 1-688-807 | ER: Oh, Brother | WBEI |
| PA 1-688-876 | ER: Heal Thyself | WBEI |
| PA 1-688-880 | ER: Age Of Innocence | WBEI |
| PA 1-688-885 | ER: Let It Snow | WBEI |
| PA 1-688-869 | ER: The High Holiday | WBEI |
| PA 1-688-888 | ER: Separation Anxiety | WBEI |
| PA 1-688-802 | ER: Dream Runner | WBEI |
| PA 1-688-800 | ER: Love Is A Battlefield | WBEI |
| PA 1-687-281 | ER: A Long, Strange Trip | WBEI |
| PA 1-688-797 | ER: The Family Man | WBEI |
| PA 1-687-321 | ER: The Beginning Of The End | WBEI |
| PA 1-687-311 | ER: T-Minus-6 | WBEI |
| PA 1-687-331 | ER: What We Do | WBEI |
| PA 1-687-289 | ER: Old Times | WBEI |
| PA 1-687-279 | ER: Shifting Equilibrium | WBEI |
| PA 1-687-326 | ER: I Feel Good | WBEI |
| PA 1-687-332 | ER: And In The End | WBEI |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | HBO |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-798-788 | GOSSIP GIRL: Belles De Jour | WBEI |
| PA 1-798-808 | GOSSIP GIRL: Double Identity | WBEI |

| PA 1-798-791 | GOSSIP GIRL: The Undergraduates | WBEI |
|---|---|---|
| PA 1-798-782 | GOSSIP GIRL: Touch Of Eva | WBEI |
| PA 1-798-779 | GOSSIP GIRL: Goodbye, Columbia | WBEI |
| PA 1-798-796 | GOSSIP GIRL: Easy J | WBEI |
| PA 1-798-800 | GOSSIP GIRL: War At The Roses | WBEI |
| PA 1-798-805 | GOSSIP GIRL: Juliet Doesn't Live Here Anymore | WBEI |
| PA 1-798-776 | GOSSIP GIRL: The Witches Of Bushwick | WBEI |
| PA 1-798-706 | GOSSIP GIRL: Gaslit | WBEI |
| PA 1-798-803 | GOSSIP GIRL: The Townie | WBEI |
| PA 1-798-675 | GOSSIP GIRL: The Kids Are Not All Right | WBEI |
| PA 1-798-813 | GOSSIP GIRL: Damien Darko | WBEI |
| PA 1-798-793 | GOSSIP GIRL: Panic Roommate | WBEI |
| PA 1-798-778 | GOSSIP GIRL: It-Girl Happened One Night | WBEI |
| PA 1-798-700 | GOSSIP GIRL: While You Weren't Sleeping | WBEI |
| PA 1-798-784 | GOSSIP GIRL: Empire of The Son | WBEI |
| PA 1-798-783 | GOSSIP GIRL: The Kids Stay In The Picture | WBEI |
| PA 1-798-694 | GOSSIP GIRL: Petty In Pink | WBEI |
| PA 1-798-660 | GOSSIP GIRL: The Princess And The Frog | WBEI |
| PA 1-798-713 | GOSSIP GIRL: Shattered Bass | WBEI |
| PA 1-798-789 | GOSSIP GIRL: The Wrong Goodbye | WBEI |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |

| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
|---|---|---|
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-749-406 | HEREAFTER | WBEI |
| PA-1-715-767 | IN TREATMENT: Sunil: Week One | HBO |
| PA-1-715-761 | IN TREATMENT: Frances: Week One | HBO |
| PA-1-715-759 | IN TREATMENT: Jesse: Week One | HBO |
| PA-1-715-760 | IN TREATMENT: Adele: Week One | HBO |
| PA 1-715-057 | IN TREATMENT: Sunil: Week Two | HBO |
| PA 1-715-051 | IN TREATMENT: Frances: Week Two | HBO |
| PA 1-715-056 | IN TREATMENT: Jesse: Week Two | HBO |
| PA 1-715-045 | IN TREATMENT: Adele: Week Two | HBO |
| PA 1-718-839 | IN TREATMENT: Sunil: Week Three | HBO |
| PA 1-718-838 | IN TREATMENT: Frances: Week Three | HBO |
| PA 1-718-847 | IN TREATMENT: Jesse: Week Three | HBO |
| PA 1-718-845 | IN TREATMENT: Adele: Week Three | HBO |
| PA 1-718-841 | IN TREATMENT: Sunil: Week Four | HBO |
| PA 1-719-472 | IN TREATMENT: Frances: Week Four | HBO |
| PA 1-719-471 | IN TREATMENT: Jesse: Week Four | HBO |
| PA 1-719-474 | IN TREATMENT: Adele: Week Four | HBO |
| PA 1-719-468 | IN TREATMENT: Sunil: Week Five | HBO |
| PA 1-719-470 | IN TREATMENT: Frances: Week Five | HBO |
| PA 1-719-469 | IN TREATMENT: Jesse: Week Five | HBO |
| PA 1-805-663 | IN TREATMENT: Adele: Week Five | HBO |
| PA 1-719-724 | IN TREATMENT: Sunil: Week Six | HBO |
| PA 1-719-725 | IN TREATMENT: Frances: Week Six | HBO |
| PA 1-719-847 | IN TREATMENT: Jesse: Week Six | HBO |
| PA 1-719-723 | IN TREATMENT: Adele: Week Six | HBO |
| PA 1-721-379 | IN TREATMENT: Sunil: Week Seven | HBO |
| PA 1-721-381 | IN TREATMENT: Frances: Week Seven | HBO |
| PA 1-721-380 | IN TREATMENT: Jesse: Week Seven | HBO |

| PA 1-721-382 | IN TREATMENT: Adele: Week Seven | HBO |
|---|---|---|
| PA 1-798-608 | ONE TREE HILL: 4:30 AM (Apparently They Were Traveling Abroad) | WBEI |
| PA 1-799-057 | ONE TREE HILL: What Are You Willing To Lose | WBEI |
| PA 1-799-059 | ONE TREE HILL: Hold My Hand As I'm Lowered | WBEI |
| PA 1-799-063 | ONE TREE HILL: Believe Me, I'm Lying | WBEI |
| PA 1-799-066 | ONE TREE HILL: Your Cheatin' Heart | WBEI |
| PA 1-799-287 | ONE TREE HILL: Deep Ocean Vast Sea | WBEI |
| PA 1-803-468 | ONE TREE HILL: I And Love And You | WBEI |
| PA 1-799-296 | ONE TREE HILL: I Just Died In Your Arms Tonight | WBEI |
| PA 1-801-398 | ONE TREE HILL: Now You Lift Your Eyes To The Sun | WBEI |
| PA 1-799-297 | ONE TREE HILL: You Are A Runner And I Am My Father's Son | WBEI |
| PA 1-799-302 | ONE TREE HILL: You Know I Love You, Don't You? | WBEI |
| PA 1-803-555 | ONE TREE HILL: Some Roads Lead Nowhere | WBEI |
| PA 1-799-326 | ONE TREE HILL: Weeks Go By Like Days | WBEI |
| PA 1-799-333 | ONE TREE HILL: Family Affair | WBEI |
| PA 1-799-955 | ONE TREE HILL: Don't You Forget About Me | WBEI |
| PA 1-799-334 | ONE TREE HILL: My Attendance Is Bad But My Intentions Are Good | WBEI |
| PA 1-803-556 | ONE TREE HILL: At The Bottom Of Everything | WBEI |
| PA 1-803-557 | ONE TREE HILL: The Last Day Of Our Acquaintance | WBEI |
| PA 1-799-809 | ONE TREE HILL: Every Picture Tells A Story | WBEI |
| PA 1-798-609 | ONE TREE HILL: Learning To Fall | WBEI |

| PA 1-799-814 | ONE TREE HILL: What's In The Ground Belongs To You | WBEI |
|---|---|---|
| PA 1-803-562 | ONE TREE HILL: Almost Everything I Wish I'd Said The Last Time I Saw You | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PA 1-744-418 | PRETTY LITTLE LIARS (SERIES): Pilot | WBEI |
| PA 1-744-449 | PRETTY LITTLE LIARS (SERIES): The Jenna Thing | WBEI |
| PA 1-744-566 | PRETTY LITTLE LIARS (SERIES): To Kill A Mocking Girl | WBEI |
| PA 1-744-450 | PRETTY LITTLE LIARS (SERIES): Can You Hear Me Now? | WBEI |
| PA 1-744-429 | PRETTY LITTLE LIARS (SERIES): Reality Bites Me | WBEI |
| PA 1-749-524 | PRETTY LITTLE LIARS (SERIES): There's No Place Like Homecoming | WBEI |
| PA 1-749-525 | PRETTY LITTLE LIARS (SERIES): The Homecoming Hangover | WBEI |

| PA 1-744-454 | PRETTY LITTLE LIARS (SERIES): Please, Do Talk Above Me When I'm Gone | WBEI |
|---|---|---|
| PA 1-749-549 | PRETTY LITTLE LIARS (SERIES): The Perfect Storm | WBEI |
| PA 1-744-404 | PRETTY LITTLE LIARS (SERIES): Keep Your Friends Close | WBEI |
| PA 1-304-699 | ROME: The Stolen Eagle | HBO |
| PA 1-304-700 | ROME: How Titus Pullo Brought Down The Republic | HBO |
| PA 1-304-697 | ROME: An Owl In A Thornbush | HBO |
| PA 1-297-580 | ROME: Stealing From Saturn | HBO |
| PA 1-297-569 | ROME: The Ram Has Touched The Wall | HBO |
| PA 1-297-601 | ROME: Egeria | HBO |
| PA 1-297-749 | ROME: Pharsalus | HBO |
| PA 1-313-507 | ROME: Caesarion | HBO |
| PA 1-305-873 | ROME: Utica | HBO |
| PA 1-305-875 | ROME: Triumph | HBO |
| PA 1-305-876 | ROME: The Spoils | HBO |
| PA 1-305-927 | ROME: Kalends Of February | HBO |
| PA 1-363-902 | ROME: Passover | HBO |
| PA 1-363-908 | ROME: Son Of Hades | HBO |
| PA 1-363-906 | ROME: These Being The Words Of Marcus Tullius Cicero | HBO |
| PA 1-363-903 | ROME: Testudo Et Lepus (The Tortiose and the Hare) | HBO |
| PA 1-364-007 | ROME: Heroes Of The Republic | HBO |
| PA 1-369-052 | ROME: Philippi | HBO |
| PA 1-369-054 | ROME: Death Mask | HBO |
| PA 1-379-528 | ROME: A Necessary Fiction | HBO |
| PA 1-379-531 | ROME: Deus Impeditio Esuritori Nullus (No God Can Stop a Hungry Man) | HBO |
| PA 1-379-527 | ROME: De Patre Vostro (About Your Father) | HBO |
| PA 1-737-161 | **SOMETHING BORROWED** | Alcon Film Fund, LLC. |

| PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
|---|---|---|
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |

| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
|---|---|---|
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |

| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
|---|---|---|
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |

| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
|---|---|---|
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS Studios Inc. ("CSI") |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CSI |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CSI |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CSI |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CSI |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CSI |

| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CSI |
|---|---|---|
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CSI |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CSI |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CSI |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CSI |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CSI |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CSI |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CSI |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CSI |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CSI |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CSI |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CSI |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CSI |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CSI |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CSI |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CSI |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |

| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
|---|---|---|
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |

| PA 1-611-976 | THE WIRE: More With Less | HBO |
|---|---|---|
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 1-686-688 | TREME: Do You Know What It Means? | HBO |
| PA 1-686-691 | TREME: Meet De Boys On The Battlefront | HBO |
| PA 1-686-694 | TREME: Right Place, Wrong Time | HBO |
| PA 1-686-695 | TREME: At The Foot of Canal Street | HBO |
| PA 1-687-984 | TREME: Shame, Shame, Shame | HBO |
| PA 1-687-982 | TREME: Shallow Water, Oh Mama | HBO |
| PA 1-687-980 | TREME: Smoke My Piece Pipe | HBO |
| PA 1-697-073 | TREME: All On A Mardi Gras Day | HBO |
| PA 1-697-072 | TREME: Wish Someone Would Care | HBO |
| PA 1-783-912 | TREME: I'll Fly Away | HBO |
| PA 1-743-069 | TREME: Accentuate The Positive | HBO |
| PA 1-739-172 | TREME: Everything I Do Gonh Be Funky | HBO |
| PA 1-750-437 | TREME: OnYour Way Down | HBO |
| PA 1-746-591 | TREME: Santa Claus, Do You Ever Get The Blues? | HBO |
| PA 1-746-579 | TREME: Slip Away | HBO |
| PA 1-746-582 | TREME: Feels Like Rain | HBO |
| PA 1-746-583 | TREME: Carnival Time | HBO |
| PA 1-756-008 | TREME: Can I Change My Mind | HBO |
| PA 1-748-878 | TREME: What Is New Orleans? | HBO |
| PA 1-748-782 | TREME: That's What Lovers Do? | HBO |
| PA 1-748-781 | TREME: Do Whatcha Wanna | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |

| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
|---|---|---|
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |